488 A.2d 277

Evelyn M. WILCOX, Nancy G. Carlisle, Florence M. Corbett, Leora K. Flygar, Georgina G. Franci, Margaret Greenawald, Mitzi R. Holtzman, Individually and on behalf of all others similarly situated,

v.

COUNTY OF ALLEGHENY, Allegheny County Court of Common Pleas, Minor Judiciary Courts of Allegheny County.

Appeal of COUNTY OF ALLEGHENY (at No. 8).

ALLEGHENY COUNTY COURT OF COMMON PLEAS and Minor Judiciary Courts of Allegheny County, Appellants (at No. 9),

v.

COMMONWEALTH of Pennsylvania, Pennsylvania Human Relations Commission, Evelyn M. Wilcox, Nancy G. Carlisle, Florence M. Corbett, Leora K. Flygar, Georgina G. Franci, Margaret Greenawald, Mitzi R. Holtzman, Individually and on behalf of all others similarly situated.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1984.

Decided Feb. 28, 1985.

Reconsideration Denied June 21, 1985.

James H. McLean, County Sol., David J. Greenberg, Asst. County Sol., Pittsburgh, for Allegheny County.

Michael L. Foreman, Asst. Gen. Counsel, Pittsburgh, for Pa. Human Relations Com'n and Wilcox, et al.

Thomas J. Dempsey, Pittsburgh, for Allegheny County Court of Common Pleas and Minor Judiciary Courts of Allegheny County.

Before NIX, C.J., and FLAHERTY, McDERMOTT, HUTCHINSON and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeals dismissed as having been improvidently granted.

LARSEN and ZAPPALA, JJ., did not participate in the consideration or decision of this case.